[No. 45103-1-I.   Division One.   July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN J. NICKELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-02164-5, Charles S. French, Gerald L. Knight, and Ronald L. Castleberry, JJ., entered July 22, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45146-4-I.   Division One.   July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. HABIB TAWFEQ SALEH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04252-1, Norma Smith Huggins, J., entered August 10, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.

[No. 45152-9-I.   Division One.   July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN R. WEBSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01523-0, Sharon S. Armstrong, J., entered July 23, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45153-7-I.   Division One.   July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. VIRGINIA WARDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00857-7, Anthony P. Wartnik, J., entered July 23, 1999. *Affirmed* by unpublished per curiam opinion.